UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                                 ORDER
v.                                           07-CR-121

THERESA WILLIAMS,

                Defendant.

The Court hereby grants defendant's motion for an extension of time to June 10, 2008, to voluntarily surrender to the United States Bureau of Prisons.

SO ORDERED.

                                            s/ *Richard J. Arcara*
                                            HONORABLE RICHARD J. ARCARA
                                            CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT

DATED:  May    28   , 2008